IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| **MOSE MATHIS,**<br><br>       Plaintiff,<br><br>v.<br><br>**HEADWATERS CONSTRUCTION LLC, a Domestic Limited Liability Company, and AVERY HOWELL, Individually,**<br><br>       Defendants. | Case No.:  2:16-164-WCO |

JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), Plaintiff MOSE MATHIS, and Defendants, Headwaters Construction, LLC a Domestic Limited Liability Company and Avery Howell, individually, by and through their undersigned counsel, hereby stipulate to the dismissal of this action WITH PREJUDICE.

   Dated this 8th day of February, 2017.

Respectfully Submitted,

/s/ Adian Miller
Adian Miller
GA Bar No. 794647
**Morgan & Morgan, P.A.**
191 Peachtree Ave N.E. Suite 4200
Atlanta, GA 30303
Telephone: (404) 496-7332
Primary Email: armiller@forthepeople.com
Counsel for Plaintiff

/s/ Nathan T. Lee
Nathan T. Lee, Esq.
Georgia Bar No. 443770
**Glover & Davis, P.A.**
10 Brown Street
P.O Drawer 1038
Newnan, GA 30264
Telephone: (770) 683-6000
Email: nlee@gloverdavis.com
Counsel for Defendants

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of February 2017 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: all counsel of record.

/s/ Adian Miller
Adian Miller
GA Bar No. 794647